JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA SYPHERS,<br><br>            Plaintiff,<br><br>      v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, *et al.*,<br><br>            Defendants. | Case No. 2:25-cv-04468-FLA (BFMx)<br><br>**JUDGMENT** |

1

1     Pursuant to Fed. R. Civ. P. 68, judgment is entered in favor of Plaintiff Angela Syphers ("Plaintiff") and against Defendant Portfolio Recovery Associates, LLC ("Defendant") in the sum of $2,001.00.  In addition, the judgment shall include all attorney's fees and costs reasonably incurred through the date of acceptance of the offer by Plaintiff in connection with pursuing the causes of action alleged in the Complaint.  The amount of fees and costs shall be in an amount to be negotiated by the parties or, failing agreement, in an amount to be determined by the court.

    All dates and deadlines in this court are VACATED.  The clerk of the court shall close the action administratively.

    IT IS SO ORDERED.

Dated: July 30, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2